UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

      Plaintiff,

v.                                                                      Civil Action No. 3:13cv375

GENERAL INFORMATION SERVICES, INC.
and E-BACKGROUNDCHECKS.COM, INC.,

      Defendants.

**RULE 7.1 DISCLOSURE STATEMENT
FOR DEFENDANT E-BACKGROUNDCHECKS.COM, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Eastern District of Virginia, to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Defendant E-Backgroundchecks.com, Inc., by its attorneys, hereby submits this Disclosure Statement, and states that it does not have any parent, subsidiary, or affiliate entities (corporate or otherwise) that have issued stock or debt securities to the public or any publicly held entity (corporate or otherwise) that owns 10% or more of its stock.

Dated: August 7, 2013                         Respectfully submitted,

                                              E-BACKGROUNDCHECKS.COM, INC.

                                              By Counsel

/s/ Curtis G. Manchester
Curtis G. Manchester, Esquire (VSB No. 32696)
Alexandria E. Cuff, Esquire (VSB No. 83785)
Reed Smith LLP
Riverfront Plaza – West Tower
901 E. Byrd Street - Suite 1700
Richmond, VA 23219-4068
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
cmanchester@reedsmith.com
acuff@reedsmith.com

Timothy P. Law, Esquire (pro hac vice pending)
Anthony B. Crawford, Esquire (pro hac vice pending)
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: (215) 851-8100
Facsimile: (215) 851-1420

Counsel for Defendants General Information Services, Inc. and E-Backgroundchecks.com, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 7th day of August, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Matthew W. Beato, Esquire
> Laura A. Foggan, Esquire
> Dale E. Hausman, Esquire
> Wiley Rein LLP
> 1776 K Street, NW
> Washington, D.C. 20006
> mbeato@wileyrein.com
> lfoggan@wileyrein.com
> dhausman@wileyrein.com
> > Counsel for Plaintiff Liberty Mutual Fire
> > Insurance Company

> > /s/ Curtis G. Manchester
> > Curtis G. Manchester, Esquire (VSB No. 32696)
> > Reed Smith LLP
> > Riverfront Plaza – West Tower
> > 901 E. Byrd Street - Suite 1700
> > Richmond, VA 23219-4068
> > Telephone: (804) 344-3400
> > Facsimile: (804) 344-3410
> > cmanchester@reedsmith.com
> > Counsel for Defendants General Information
> > Services, Inc. and E-Backgroundchecks.com, Inc.