**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, <br><br>　　　　　　Plaintiff, <br><br> v. <br><br> GENERAL INFORMATION SERVICES, INC. and E-BACKGROUNDCHECKS.COM, INC. <br><br>　　　　　　Defendants. | No. 3:13cv00375-REP |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all the parties of record:

Please note the appearance of Alexandria E. Cuff as counsel in the above-styled case for Defendants General Information Services, Inc. and E-Backgroundchecks.com, Inc.  I certify that I am admitted to practice in this Court.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　GENERAL INFORMATION SERVICES, INC. and
　　　　　　　　　　　　　　　　　　　　E-BACKGROUNDCHECKS.COM, INC.
　　　　　　　　　　　　　　　　　　　　By Counsel

/s/ Alexandria E. Cuff
Alexandria E. Cuff (VSB No. 83785)
REED SMITH LLP
Riverfront Plaza-West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219-4068
Phone: (804) 344-3400
Facsimile: (804) 344-3410
acuff@reedsmith.com

*Counsel for General Information Services, Inc.*
*and E-Backgroundchecks.com, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 7th day of August, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's Electronic Case Filing system. Parties may also access this filing through the Court's system.

    Matthew W. Beato, Esquire
    Laura A. Foggan, Esquire
    Dale E. Hausman, Esquire
    Wiley Rein LLP
    1776 K. Street, NW
    Washington, DC 20006

    *Counsel for Plaintiff Liberty Mutual Fire Insurance Company*

    /s/ Alexandria E. Cuff
    Alexandria E. Cuff (VSB No. 83785)
    REED SMITH LLP
    Riverfront Plaza-West Tower
    901 East Byrd Street, Suite 1700
    Richmond, VA 23219-4068
    Phone: (804) 344-3400
    Facsimile: (804) 344-3410
    acuff@reedsmith.com

    *Counsel for General Information Services, Inc. and E-Backgroundchecks.com, Inc.*