# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: January 13, 2014

| | |
|---|---|
| United States District Court | Eastern District of Virginia - Richmond Division |
| CASE TITLE: Liberty Mutual Fire Insurance Company v. General Information Services, Inc., et. al., | CASE NO.: 3:13CV00375 |
| | JUDGE: Payne |
| | COURT REPORTER: Peppy Peterson, OCR |

FILED JAN 13 2014 CLERK U.S. DISTRICT COURT RICHMOND, VA

MATTER COMES ON FOR:   BENCH TRIAL ( X )   MOTION HEARING ( )   OTHER: _____

APPEARANCES:   Parties by ( X )/with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( )   RESTED ( )   MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( )   MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS:   Counsel for the parties agreed to not present any evidence instead counsel will present arguments to the Court. Counsel for the plaintiff made arguments to the Court. Counsel for the defendant made arguments to the Court. The Court took the case under advisement.

Counsel for Plaintiff(s)   Gary R. Reinhardt, Esquire   John N. Love, Esquire

Counsel for Defendant(s)   Curtis G. Manchester, Esquire   Timothy P. Law, Esquire   Chris Lemens, Esquire

SET: 10:00 a.m.   BEGAN: 10:15 a.m.   ENDED: 11:40 p.m.   TIME IN COURT: 1 hour 20 mins.

RECESSES: