IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Virginia

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

    Plaintiff/
    Counterclaim Defendant,

v.                                    Civil Action No. 3:13cv375

GENERAL INFORMATION
SERVICES, INC. et al.,

    Defendants/
    Counterclaim Plaintiffs.

**FINAL JUDGMENT ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court declares that, under the Liberty Mutual Policies, Plaintiff and Counterclaim Defendant Liberty Mutual Fire Insurance Company has no duty to defend Defendants and Counterclaim Plaintiffs General Information Services, Inc. or E-Backgroundchecks.com, Inc. in the Henderson Suit. The Court further declares that Plaintiff and Counterclaim Defendant Liberty Mutual Fire Insurance Company did not breach the Liberty Mutual Policies.

Judgment is hereby entered in favor of Plaintiff and Counterclaim Defendant Liberty Mutual Fire Insurance Company and against Defendants and Counterclaim Plaintiffs General

1

Information Services, Inc. and E-Backgroundchecks.com, Inc. on Liberty Mutual's FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT (Docket No. 31) and on the SECOND AMENDED COUNTERCLAIMS OF GENERAL INFORMATION SERVICES, INC. AND E-BACKGROUNDCHECKS.COM, INC. (Docket No. 42).

It is so ORDERED.

/s/ REP

Date: May 20, 2014
Richmond, Virginia

Robert E. Payne
Senior United States District Judge